**A CERTIFIED TRUE COPY**

JAN 16 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**FILED
JANUARY 24, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

DAJ

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 28 2006

FILED
CLERK'S OFFICE

**07 C 0505**

*DOCKET NO. 1604*

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE OCWEN FEDERAL BANK FSB MORTGAGE SERVICING LITIGATION

*Toni Rosamilia-Seeds v. Ocwen Loan Servicing, LLC*, M.D. Pennsylvania,
Bky. Advy. No. 1:06-140

**JUDGE NORGLE**

### CONDITIONAL TRANSFER ORDER (CTO-32)

On April 13, 2004, the Panel transferred six civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 314 F.Supp.2d 1376 (J.P.M.L. 2004). Since that time, 51 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Norgle, Sr.

It appears that the action on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Norgle.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of April 13, 2004, and, with the consent of that court, assigned to the Honorable Charles R. Norgle, Sr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JAN 16 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888

http://www.jpml.uscourts.gov

January 16, 2007

Michael W. Dobbins, Clerk
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

**FILED**
JAN 2 4 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Re: MDL-1604 -- In re Ocwen Federal Bank FSB Mortgage Servicing Litigation

(See Attached CTO-32)

Dear Mr. Dobbins:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on December 28, 2006. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Deputy Clerk

Attachment

cc: Transferee Judge:    Judge Charles R. Norgle, Sr.
    Transferor Judge:    Judge Mary D. France
    Transferor Clerk:    Arlene E. Righter

JPML Form 36

**INVOLVED COUNSEL LIST (CTO-32)**
**DOCKET NO. 1604**
**IN RE OCWEN FEDERAL BANK FSB MORTGAGE SERVICING LITIGATION**

Brian P. Brooks
O'Melveny & Myers, LLP
1625 Eye Street, N.W.
Washington, DC 20006-4001

Richard G. Carlston
Miller, Starr & Regalia
1331 North California Blvd., Fifth Floor
Walnut Creek, CA 94596

Kelly M. Dermody
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111

Daniel A. Edelman
Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street, 18th Floor
Chicago, IL 60603

Niall P. McCarthy
Cotchett, Pitre, Simon & McCarthy
840 Malcolm Road, Suite 200
Burlingame, CA 94010

John P. Neblett
Law Office of John P. Neblett
2000 Linglestown Road, Suite 204
Harrisburg, PA 17110

Heidi R. Spivak
Udren Law Offices, PC
111 Woodcrest Road, Suite 200
Cherry Hill, NJ 08003